

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JEANINE LIN MARIE GHOLSON,<br>    Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:99-CV-183-Y |
| GARY JOHNSON, Director, Texas<br>Department of Criminal Justice,<br>Institutional Division,<br>    Respondent. | §<br>§<br>§<br>§<br>§ | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS
(With Special Instructions to Clerk of the Court)

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States Magistrate Judge filed on March 24, 2000.

3. The Petitioner's written objections to the proposed findings, conclusions and recommendation of the United States Magistrate Judge filed on March 28, 2000.

The Court, after de novo review, finds and determines that Petitioner's objections must be overruled,[1] and that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that Petitioner's Petition for Writ of Habeas Corpus be, and is hereby, DENIED.

---

[1]The text of petitioner Gholson's written objections is virtually identical to the text of a May 26, 1999 Supplemental Memorandum of Law reviewed and considered in the magistrate judge's report and recommendation.



ENTERED ON DOCKET
JUN 29 2000
U.S. DISTRICT CLERK'S OFFICE

It is further ORDERED that the clerk of the Court shall transmit a copy of this order to Petitioner by certified mail, return receipt requested.

SIGNED June **29**, 2000.

                                          TERRY R. MEANS
                                          UNITED STATES DISTRICT JUDGE

TRM/pse